IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LEELLIS EDWARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-25-00515-JD |
| ) | |
| MARIO SOLORIO, Unit manager, ) | |
| official and individual capacities; ) | |
| JAMES CRABTREE ) | |
| CORRECTIONAL CENTER, ) | |
| official and individual capacities; and ) | |
| CARRIE BRIDGES, Warden, ) | |
| official and individual capacities, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Shon T. Erwin on August 29, 2025, recommending that the Court dismiss Plaintiff's action without prejudice to refiling for Plaintiff's failure to comply with the Court's order to pay the initial partial filing fee of $28.57 by August 4, 2025. [*See* Doc. Nos. 8, 9]. Judge Erwin advised Plaintiff of his right to object and explained that failure to timely object to the Report and Recommendation waives the right to appellate review of the factual findings and legal issues in the Report and Recommendation. [Doc. No. 9 at 2–3].

Although Plaintiff timely submitted a letter purporting to object, [*see* Doc. No. 10], he does not raise any substantive objection to the Report and Recommendation, which was not already addressed by the Court's order of October 16, 2025, extending the

deadline for the Plaintiff to pay the initial partial filing fee until November 6, 2025, and notifying Plaintiff that no payment had been received by the Court. [Doc. No. 11]. The Court further explained that if no payment was received by November 6, 2025, then the Court would address the Report and Recommendation recommending dismissal and his letter objecting. [*Id.* at 1].

Despite that extension of time that the Court provided Plaintiff to make his initial partial filing fee payment, Plaintiff still has not paid the initial partial filing fee. Plaintiff has had ample opportunity to do so and has been on notice that the Court did not receive any payment. [Doc. Nos. 9, 11].[1]

Therefore, upon de novo review and consideration of the Report and Recommendation [Doc. No. 9] and Plaintiff's objection [Doc. No. 10], the Court overrules the objection and accepts and adopts Judge Erwin's recommendation and dismisses this action without prejudice to refiling. A separate judgment will follow.

IT IS SO ORDERED this 13th day of November 2025.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff submitted a letter inquiring about the status of his action postmarked the same date as the Court's October 16, 2025 order providing the status of the action and notifying Plaintiff that the Court had not received payment. [*See* Doc. Nos. 11, 12, 12-1].